# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ASHLEY B. BRYANT**                                                                                       **PLAINTIFF**

v.                            NO.:  4:08-CV-00449-BD

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Ashley Bryant.

IT IS SO ORDERED this 15th day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE